```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02863
   DEBBIE LYNN HORTON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6605


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/20/2007 and was confirmed 06/21/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 01/10/2008.
--------------------------------------------------------------------------
   CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------
   AMERICA SERVICING COMPAN  CURRENT MORTG         .00             .00             .00
   AMERICA SERVICING COMPAN  MORTGAGE ARRE         .00             .00             .00
   FREEDMAN ANSEIMO LINDBER  NOTICE ONLY     NOT FILED             .00             .00
   BRINKS HOME SECURITY      UNSECURED       NOT FILED             .00             .00
   CHECK N GO                UNSECURED          867.75             .00             .00
   PARAGON WAY INC           NOTICE ONLY     NOT FILED             .00             .00
   RISCUITY                  NOTICE ONLY     NOT FILED             .00             .00
   COMCAST                   UNSECURED       NOT FILED             .00             .00
   COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00             .00
   MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED             .00             .00
   MOTOROLA CREDIT UNION     NOTICE ONLY     NOT FILED             .00             .00
   DENNIS WILLIAMS           NOTICE ONLY     NOT FILED             .00             .00
   SPRINT-NEXTEL CORP        UNSECURED         1137.80             .00             .00
   COLLECTION COMPANY OF AM  NOTICE ONLY     NOT FILED             .00             .00
   FBCS INC                  NOTICE ONLY     NOT FILED             .00             .00
   PENTAGROUP FINANCIAL LLC  NOTICE ONLY     NOT FILED             .00             .00
   SPRINT                    NOTICE ONLY     NOT FILED             .00             .00
   OPTION ONE MORTGAGE CO    NOTICE ONLY     NOT FILED             .00             .00
   PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED             .00             .00
   HARRIS & HARRIS           UNSECURED       NOT FILED             .00             .00
   SBC ILLINOIS              UNSECURED          415.96             .00             .00
   PORTFOLIO RECOVERY ASSOC  NOTICE ONLY     NOT FILED             .00             .00
   TCF NATIONAL BANK         UNSECURED       NOT FILED             .00             .00
   H&F LAW                   NOTICE ONLY     NOT FILED             .00             .00
   TEX COLLECTION AGENCY     UNSECURED       NOT FILED             .00             .00
   UNIVERSITY OF ILLINOIS E  UNSECURED       NOT FILED             .00             .00
   US CELLULAR CHICAGO       UNSECURED       NOT FILED             .00             .00
   VILLAGE OF BELLWOOD       UNSECURED         3122.78             .00             .00
   JAMES OROURKE             NOTICE ONLY     NOT FILED             .00             .00
   RMI/MCSI                  NOTICE ONLY     NOT FILED             .00             .00
   VILLAGE OF BERKLEY        UNSECURED       NOT FILED             .00             .00
   DEPENDON COLLECTION SERV  NOTICE ONLY     NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02863 DEBBIE LYNN HORTON
```

```
AMERICA SERVICING COMPAN  NOTICE ONLY    NOT FILED              .00         .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED              .00         .00
ILLINOIS DEPT OF REV      PRIORITY        2780.58               .00      451.70
ILLINOIS DEPT OF REV      UNSECURED        468.58               .00         .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     2,999.00                      2,999.00
TOM VAUGHN                TRUSTEE                                         249.30
DEBTOR REFUND             REFUND                                          400.00

         Summary of Receipts and Disbursements:
     ------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
     ------------------------------------------------------------------------
 TRUSTEE                  4,100.00

 PRIORITY                                            451.70
 SECURED                                                .00
 UNSECURED                                              .00
 ADMINISTRATIVE                                     2,999.00
 TRUSTEE COMPENSATION                                 249.30
 DEBTOR REFUND                                        400.00
                      ---------------            ---------------
 TOTALS                   4,100.00                 4,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 04/23/08                  /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                            PAGE    2
          CASE NO. 07 B 02863 DEBBIE LYNN HORTON